■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. SEAROR, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's claim regarding jail-time credit is not properly before this court on direct appeal from the judgment of conviction (CPL 450.10 *et seq; People v Curtis,* 143 AD2d 1030, *lv denied* 73 NY2d 890; *People v Leonard,* 133 AD2d 938). Defendant's proper remedy is by way of a proceeding pursuant to CPLR article 78 to review the prison authorities' calculation of the jail-time credit to which he claims entitlement *(People v Curtis, supra,* at 1030; *People v Vivenzio,* 103 AD2d 1044, 1045; *People v Blake,* 39 AD2d 587). (Appeal from judgment of Oswego County Court, Auser, J.—sexual abuse, first degree.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH ADAMS, Appellant.—Judgment unanimously affirmed. Memorandum: The testimony of accomplice Robert Ladd was corroborated by sufficient independent evidence tending to connect defendant with the arson at his former marital residence (CPL 60.22 [1]). Upon our independent review of the record and the circumstances surrounding the incident, we find the sentence neither harsh nor excessive and decline to modify it in the interest of justice. (Appeal from judgment of Erie County Court, Drury, J.—arson, third degree.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRELL ELLIS, Appellant.—Judgment unanimously affirmed. Memorandum: We reject defendant's contention that the verdict was against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from judgment of Erie County Court, Drury, J.—robbery, second degree.) Present—Doerr, J. P., Boomer, Balio, Lawton and Davis, JJ.